**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: N.M.W.-S., A MINOR | : | No. 384 EAL 2020 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| PETITION OF: K.S., MOTHER | : | from the Order of the Superior Court |
| | | |
| IN THE INTEREST OF: N.N.W.-S., A MINOR | : | No. 385 EAL 2020 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| PETITION OF: K.S., MOTHER | : | from the Order of the Superior Court |

## ORDER

**PER CURIAM**

     **AND NOW**, this 3rd day of December, 2020, the Petition for Allowance of Appeal is **DENIED**.